**UNITED STATES of America, Plaintiff-Appellee**

v.

**Junior Martin HERNANDEZ-REGALADO, Defendant-Appellant**

**No. 17-10701**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed February 16, 2018

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Junior Martin Hernandez-Regalado, Pro Se

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Junior Martin Hernandez-Regalado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hernandez-Regalado has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hernandez-Regalado's response. We concur with coun-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Burke's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Burke's motion for the appointment of new counsel is DENIED.